IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MALINDA TODD                                                                                  PLAINTIFF

v.                                                              CIVIL ACTION NO. 1:15-cv-00177-GHD-DAS

BRAD KELLUM; THE HOME GALLERY,
LLC; WHEEL ESTATE MOBILE HOMES,
INC.; CAVALIER HOME BUILDERS, LLC;
CARL KING; 21ST MORTGAGE CORPORATION;
FICTITIOUS PARTY A; FICTITIOUS PARTY B;
FICTITIOUS PARTY C, D AND/OR E                                                     DEFENDANTS

### ORDER GRANTING PLAINTIFF'S MOTION TO REMAND

Pursuant to an opinion issued this day, the Court ORDERS as follows:

(1) Plaintiff's motion to remand to state court [19] is GRANTED;

(2) this cause is REMANDED to the Circuit Court of Lee County, Mississippi; and

(3) this case is CLOSED.

SO ORDERED, this, the 10th day of August, 2016.

_____
SENIOR U.S. DISTRICT JUDGE